HILLSIDE BUS OWNERS ASSOCIATION ET AL., APPELLANTS, v. BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY ET AL., RESPONDENTS.

Argued May 31, 1929—Decided October 14, 1929.

For the appellants, *Nicholas S. Schloeder.*

For the respondents, *Frank Bergen* and *John W. Queen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, KALISCH, LLOYD, BODINE, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—PARKER, CASE, JJ. 2.